STATE OF IOWA v. WALTER SHERRY, Appellant.

ADULTERY: EVIDENCE WARRANTS CONVICTION: NO ERROR IN INSTRUCTIONS.

*Appeal from Muscatine District Court.*—HON. A. HOWATT, Judge.

THURSDAY, FEBRUARY 1, 1894.

INDICTMENT for adultery. Trial by jury, and a verdict of guilty, and the defendant appealed.—*Affirmed.*

VOL. 90—48

THE cause was submitted by the attorney general for the state on a transcript of the record and evidence.

No appearance for appellee.

PER CURIAM.—The record in this case seems to be complete, including the indictment, evidence, and charge of the court. While the evidence is conflicting in some particulars, and the criminal act charged is shown only by circumstantial evidence, it is of a character to fully warrant the finding of the jury. The charge of the court was fair to the defendant, and we discover no error in the record. The judgment is AFFIRMED.